IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| OTIS ARLEN CHAPMAN, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:03-cv-240-F |
| ) | (WO) |
| TERRANCE McDONNELL, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #11) filed on June 29, 2005 is overruled;

(2) The Recommendation of the United States Magistrate Judge entered on June 17, 2005 (Doc. #10) is adopted;

(3) The petition for writ of habeas corpus relief is DENIED and this case is dismissed with prejudice.

DONE this 20th day of July, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE