IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | | |
|---|---|---|
| OTIS ARLEN CHAPMAN, | ) | |
| | ) | |
|    Petitioner, | ) | |
| v. | ) | CASE NO. 1:03-cv-240-F |
| | ) | (WO) |
| TERRANCE McDONNELL, *et al.*, | ) | |
| | ) | |
|    Respondents. | ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is dismissed with prejudice.

DONE this 20th day of July, 2005.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE